# U.S. District Court
## Eastern District of Virginia – (Richmond)
## CIVIL DOCKET FOR CASE #: 3:18–cv–00833–HEH

| | |
|---|---|
| Seaman v. YouTube, LLC et al | Date Filed: 12/03/2018 |
| Assigned to: District Judge Henry E. Hudson | Date Terminated: 04/05/2019 |
| Demand: $3,350,000,000 | Jury Demand: Plaintiff |
| Cause: 42:1983 Civil Rights Act | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**David Seaman**     represented by    **Steven Scott Biss**
300 West Main St
Ste 102
Charlottesville, VA 22903
804–501–8272
Fax: 202–318–4098
Email: stevenbiss@earthlink.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**YouTube, LLC**     represented by    **Veronica Susana Ascarrunz**
Wilson Sonsini Goodrich & Rosati PC (DC)
1700 K St NW
Suite 500
Washington, DC 20006–3817
(202) 973–8812
Fax: 202–973–8899
Email: vascarrunz@wsgr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian M. Willen**
Wilson Sonsini Goodrich & Rosati (NY–NA)
1301 Avenue of the Americas
40th Floor
New York, NY 10019
**NA***
(650) 849–3340
Fax: (212) 999–5899
Email: bwillen@wsgr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Google, LLC**     represented by    **Veronica Susana Ascarrunz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian M. Willen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/03/2018 | Ï 1 | Complaint filed by David Seaman against YouTube, LLC and Google, LLC. (Filing Fee Paid: $400.00, Receipt Number: 0422–6390672). Attachment: # 1 Civil Cover Sheet). (Biss, Steven). Modified docket entry and regenerated NEF on 12/04/2018. (walk, ) (Entered: 12/04/2018) |
| 12/03/2018 | Ï | Initial Case Assignment to District Judge Henry E. Hudson. (walk, ) (Entered: 12/04/2018) |
| 12/04/2018 | Ï 2 | Financial Interest Disclosure Statement (Local Rule 7.1) by David Seaman. (Biss, Steven) (Entered: 12/04/2018) |
| 12/04/2018 | Ï 3 | Proposed Summons re 1 Complaint, *(YouTube, LLC)* by David Seaman. (Biss, Steven) (Entered: 12/04/2018) |
| 12/04/2018 | Ï 4 | Proposed Summons re 1 Complaint, *(Google, LLC)* by David Seaman. (Biss, Steven) (Entered: 12/04/2018) |
| 12/04/2018 | Ï 5 | Summonses Issued as to Google, LLC and YouTube, LLC. NOTICE TO ATTORNEY: Please remove the headers and print two duplexed copies of the electronically issued summons for the Defendant. Serve one copy of the summons and a copy of the Complaint upon the Defendant. Please ensure that your process server returns the additional copy of the summons (executed or unexecuted) on paper to the Clerk's Office. (walk, ) (Entered: 12/04/2018) |
| 12/04/2018 | Ï | Notice of Correction re: Documents 3 & 4 : For all future cases, the filing user is requested to file all proposed summonses in one separate filing using the filing event: Proposed Summons located under Other Documents. The Clerk's Office prefers only one filing, regardless of the number of proposed summonses. The filing user is requested to contact the Clerk's Office if further assistance is needed. (walk, ) (Entered: 12/04/2018) |
| 12/11/2018 | Ï 6 | SUMMONSES Returned Executed by David Seaman. Google, LLC and YouTube, LLC served on 12/05/2018, Answer due 12/26/2018. (Attachment: # 1 Letter from Counsel for Plaintiff). (walk, ) (Entered: 12/12/2018) |
| 12/12/2018 | Ï 7 | NOTICE of Appearance by Veronica Susana Ascarrunz on behalf of Google, LLC, YouTube, LLC (Ascarrunz, Veronica) (Entered: 12/12/2018) |
| 12/12/2018 | Ï 8 | Motion to appear Pro Hac Vice by Brian M. Willen and Certification of Local Counsel Veronica S. Ascarrunz Filing fee $ 75, receipt number 0422–6403785. by Google, LLC, YouTube, LLC. (Ascarrunz, Veronica) (Entered: 12/12/2018) |
| 12/12/2018 | Ï 9 | Consent MOTION for Extension of Time to File Answer *or Respond to Complaint* by Google, LLC, YouTube, LLC. (Attachments: # 1 Proposed Order)(Ascarrunz, Veronica) (Entered: 12/12/2018) |
| 12/12/2018 | Ï 10 | Corporate Disclosure Statement by YouTube, LLC, Google, LLC. (Ascarrunz, Veronica) (Entered: 12/12/2018) |
| 12/12/2018 | Ï | Notice of Correction re: 7 Notice of Appearance; Clerk notified filing attorney to use the /s/ signature block with documents submitted to the Court. Documents filed electronically should not include an original signature. No further action is required at this time. (sbea, ) (Entered: 12/12/2018) |

| | | |
|---|---|---|
| 12/13/2018 | Ï 11 | ORDER. This matter is before the Court on the parties' Consent Motion for an Extension of Time to File Responsive Pleadings to Complaint (ECF No. 9 ). Defendants represented that Plaintiff consents to Defendants' request. Accordingly, for good cause shown, the Motion is GRANTED, and Defendants YouTube, LLC and Google LLC are hereby ORDERED to file their response to the Complaint on or before January 25, 2019. Signed by District Judge Henry E. Hudson on 12/13/2018. (sbea, ) (Entered: 12/13/2018) |
| 12/14/2018 | Ï 12 | ORDER granting 8 Motion for Brian M. Willen to appear as Pro hac vice for Google, LLC and YouTube, LLC. Signed by District Judge Henry E. Hudson on 12/14/2018. (smej, ) (Entered: 12/14/2018) |
| 01/25/2019 | Ï 13 | MOTION to Dismiss for Failure to State a Claim by Google, LLC, YouTube, LLC. (Attachments: # 1 Proposed Order)(Ascarrunz, Veronica) (Entered: 01/25/2019) |
| 01/25/2019 | Ï 14 | MOTION to Transfer Case *or, in the Alternative, to Dismiss* by Google, LLC, YouTube, LLC. (Attachments: # 1 Proposed Order)(Ascarrunz, Veronica) (Entered: 01/25/2019) |
| 01/25/2019 | Ï 15 | Memorandum in Support re 14 MOTION to Transfer Case *or, in the Alternative, to Dismiss*, 13 MOTION to Dismiss for Failure to State a Claim filed by Google, LLC, YouTube, LLC. (Attachments: # 1 Affidavit Declaration)(Ascarrunz, Veronica) (Entered: 01/25/2019) |
| 02/08/2019 | Ï 16 | MOTION for Extension of Time to File Response/Reply as to 15 Memorandum in Support, 14 MOTION to Transfer Case *or, in the Alternative, to Dismiss*, 13 MOTION to Dismiss for Failure to State a Claim *(Unopposed Motion)* by David Seaman. (Attachments: # 1 Proposed Order)(Biss, Steven) (Entered: 02/08/2019) |
| 02/08/2019 | Ï 17 | ORDER that this matter is before the Court on Plaintiff's Unopposed Motion for an Extension of Time to File his Memorandum in Opposition to Defendants' motions to transfer and/or to dismiss (ECF No. 16 ). Plaintiff represented that Defendants do not oppose Plaintiff's request. Accordingly, for good cause shown, Plaintiff's Motion is GRANTED. Plaintiff, David Seaman, is hereby ORDERED to file his response to the Defendants' motions on or before February 13, 2019. Defendants, YouTube and Google, are hereby ORDERED to file their reply on or before February 26, 2019. Signed by District Judge Henry E. Hudson on 02/08/2019. (walk, ) (Entered: 02/08/2019) |
| 02/13/2019 | Ï 18 | Memorandum in Opposition re 14 MOTION to Transfer Case *or, in the Alternative, to Dismiss*, 13 MOTION to Dismiss for Failure to State a Claim filed by David Seaman. (Biss, Steven) (Entered: 02/13/2019) |
| 02/26/2019 | Ï 19 | REPLY to Response to Motion re 14 MOTION to Transfer Case *or, in the Alternative, to Dismiss*, 13 MOTION to Dismiss for Failure to State a Claim filed by Google, LLC, YouTube, LLC. (Ascarrunz, Veronica) (Entered: 02/26/2019) |
| 04/05/2019 | Ï 20 | MEMORANDUM ORDER that this matter is before the Court on Defendants YouTube, LLC, and Google, LLC's ("YouTube" and "Google", or collectively "Defendants") Motion to Transfer Case (ECF No. 14 ) and Motion to Dismiss (ECF No. 13 ). Defendants petitioned the Court to transfer venue to the Northern District of California pursuant to the forum−selection clause in YouTube's Terms of Service, or alternatively, to dismiss the case. The parties filed memoranda supporting their respective positions. Upon due consideration of the parties' arguments, and for the reasons that follow, the Court will transfer venue to the United States District Court for the Northern District of California (please see Memorandum Order for additional information.) Therefore, upon due consideration, and finding it appropriate to do so, the Court HEREBY GRANTS Defendants' Motion to Transfer Case (ECF No. 14) and ORDERS that this matter be TRANSFERRED to the Northern District of California, pursuant to 28 U.S.C. § 1404(a). The Clerk is directed to transfer this case to the Northern District of California. It is so ORDERED. Signed by District Judge Henry E. Hudson on 04/05/2019. (walk, ) (Entered: 04/05/2019) |
| 04/05/2019 | Ï | |

| | | Case TRANSFERRED to the Northern District of California. Electronic case file, 20 Transfer Order and Docket Report transmitted electronically. (walk, ) (Entered: 04/05/2019) |
|---|---|---|