SAMUEL J. REED DIPPO, State Bar No. 310643
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: sreeddippo@wsgr.com

BRIAN M. WILLEN (admitted *pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas
40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

*Attorneys for Defendants*
*YouTube, LLC and Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID SEAMAN, | CASE NO.: 4:19-cv-01903-SBA |
| Plaintiff, | **STIPULATION OF VOLUNTARY DISMISSAL** |
| v. | |
| YOUTUBE, LLC, et al., | |
| Defendants. | |

1 Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED AND AGREED that this action is voluntarily dismissed. Plaintiff has received nothing of value and no consideration in exchange for this voluntary dismissal, which shall be with prejudice.

Dated: June 17, 2019

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Brian M. Willen
BRIAN M. WILLEN (admitted *pro hac vice*)

*Attorneys for Defendants*
*YouTube, LLC and Google LLC*

Dated: June 17, 2019

By: /s/ David Seaman
DAVID SEAMAN

*Plaintiff Pro Se*[1]

---

[1] Plaintiffs' former counsel, Steven Biss, no longer represents Plaintiff in this matter.

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Brian M. Willen, am the ECF User whose identification and password are being used to file the **STIPULATION OF VOLUNTARY DISMISSAL**. In compliance with Civil Local Rule 5-1, I hereby attest that all signatories have concurred in this filing.

Dated: June 17, 2019

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/     Brian M. Willen
BRIAN M. WILLEN (admitted *pro hac vice*)

*Attorneys for Defendants*
*YouTube, LLC and Google LLC*