# STEVEN S. BISS

ATTORNEY AT LAW
300 WEST MAIN STREET, SUITE 102
CHARLOTTESVILLE, VIRGINIA 22903
TELEPHONE: 804-501-8272
FAX: 202-318-4098
EMAIL: stevenbiss@earthlink.net
stevensbiss@protonmail.ch
www.linkedin.com/in/steven-s-biss-6517037

MATTER NO.

205-002

June 20, 2019

**VIA FEDERAL EXPRESS**

Susan Y. Soong, Clerk
Ronald V. Dellums Federal Building
  & United States Courthouse
1301 Clay Street,
Suite 400 S
Oakland, CA 94612

RE:  **Seaman v. YouTube et al.**
     Case No. 4:19-cv-01903-SBA

Dear Ms. Soong:

Enclosed for filing is my Motion for Leave to Withdraw as Counsel for the Plaintiff in the above matter.

Please be advised that I am not a member of the Bar of the United States District Court for Northern District of California. I do not have CM/ECF credentials to file electronically in your Court.

Thank you for your assistance. Call or email me if you have any questions.

Yours very truly,

Steven S. Biss

Encl.
cc.  David Seaman (via email)
     Samuel Reed Dippo, Esq. (via email)
     Brian M> Willen, Esq. (via email)