



Align top of FedEx Express® shipping label here.

ORIGIN ID:CHOA (434) 825-5556
BENJAMIN JOHN CAMP
104 OAK ST
CHARLOTTESVILLE, VA 22902
UNITED STATES US

SHIP DATE: 20JUN19
ACTWGT: 0.10 LB
CAD: 006993897/SSFE2002

BILL CREDIT CARD

TO SUSAN Y. SOONG, CLERK
RONALD V. DELLUMS FED BLDG&US COURT
1301 CLAY ST
STE 400S
OAKLAND CA 94612
(415) 590-4810

FedEx Express

FRI - 21 JUN 8:00A
TRK# 7880 0444 5970      FIRST OVERNIGHT
0201

X1 JEMA            94612
                CA-US  OAK

