Steven S. Biss, Esquire
(Virginia State Bar No. # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone:     (804) 501-8272
Facsimile:     (202) 318-4098
Email:         stevenbiss@earthlink.net
(*Virginia Counsel for Plaintiff*
*Not Admitted in California*)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| DAVID SEAMAN | ) | Case No. 4:19-cv-01903-SBA |
| Plaintiff, | ) ) ) | Judge Saundra Brown Armstrong |
| v. | ) ) ) ) | [~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR FOR THE PLAINTIFF |
| YOUTUBE, LLC et al | ) ) | |
| Defendants. | ) ) | |

Steven S. Biss, Esquire, has filed a motion to withdraw as counsel for the Plaintiff in this action (the "Motion").

After considering the Motion and all pleadings and papers on file, the Court grants the Motion. IT IS ORDERED that Mr. Biss is permitted to withdraw pursuant to Civil Local Rule 11-5.

Dated:  June 21, 2019

*/s/ Saundra B. Armstrong*
_____
HON. SAUNDRA BROWN ARMSTRONG
United Stated District Court Judge